

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Cockrell Investment Partners, L.P., | § | No. 08-21-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| Middle Pecos Groundwater Conservation District, Ty Edwards, In His Capacity as General Manager of the Middle Pecos Groundwater Conservation District, Fort Stockton Holdings, L.P., City of Midland, City of San Angelo, and City of Abilene, | § § | of Pecos County, Texas (TC# P-8277-83-CV) |
| | § | |
| Appellees. | § | |
| | § | |

## **O R D E R**

The Court GRANTS Elizabeth Lusk's request for an extension of time within which to file the Reporter's Record until **March 17, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Elizabeth Lusk, Court Reporter for the 83rd District Court for Pecos County, Texas, prepare the Reporter's Record and forward the same to this Court on or before March 17, 2022.

IT IS SO ORDERED this 17th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.